FILED
February 28, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAEZON SANDEROSON,<br><br>Defendant. | Case No. 2:25-mj-00032-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>TAEZON SANDEROSON</u>, Case No. <u>2:25-mj-00032-JDP</u>, Charge <u>18 U.S.C. § 922(g)</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   **x**   Unsecured Appearance Bond $  50,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

(Other):  <u>Release delayed until 3/3/2025 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u>

Issued at Sacramento, California on February 28, 2025, at 3:05 PM.

By: _____
Magistrate Judge Sean C. Riordan